In the Matter of the Application of DUSHAN D. SILASKI, etc.— Motion denied, without costs. Present — Thomas, Carr, Stapleton, Mills and Putnam, JJ.

HOLMES JONES, Appellant, v. JAMES A. ALLEN, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal, place the case on the January, 1917, calendar, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. The obligation of the stenographer to furnish a transcript of the testimony in this case can be determined in a proceeding to which he is a party, and ample time is by this order afforded the appellant to take such proceedings as he may be advised. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

SARA LYNCH, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Motion to resettle order granted, and order as resettled by this court signed. Present — Jenks, P. J., Carr, Stapleton and Putnam, JJ.

RICHARD MAJOR (formerly RICHARD MAJOR, JR.), as Sole Surviving Executor, etc., Respondent, v. RICHARD MAJOR, Individually, and Others, Defendants. RICHARD MAJOR, JR., Appellant.— Motion denied upon condition that appellant perfect the appeal, place the case on the December calendar and be ready for argument when reached; otherwise, motion granted, without costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

ALICE NEBEN, Appellant, v. EMIL T. NEBEN, Respondent.— Motion denied. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH PECORARO, Appellant.— Motion that the appeal be heard on the transcript of the stenographer's minutes granted. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE E. DARE, Respondent, v. I. WILLETTS GARDNER, Appellant.— Order resettled so as to read: The order appealed from is hereby unanimously affirmed, with costs and disbursements. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE E. DARE, Respondent, v. RILEY P. HOWELL and Others, Respondents. EVERETT M. PRICE and Others, Appellants.— Order resettled so as to read: The order appealed from is hereby unanimously affirmed, but without costs, and only the respondent Dare's taxable disbursements. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

ROBINSON AMUSEMENT COMPANY, Respondent, v. BRIGHTON BEACH CASINO, Appellant.— Motion denied on condition that defendant perfect its appeal, place the case on the December calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.